M. P. No. 79-456.   STATE *v.* KEVIN MURPHY *et al.* The petition for writ of certiorari is denied as moot.

Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *Stephen Lichatin III,* Special Assistant Attorney General, *Edwards & Angell, Knight Edwards, Joseph V. Cavanagh, Jr., John D. Deacon,* (for *The Providence Journal*), for petitioner, *John D. Lynch,* for respondents.

M. P. No. 79-457.   STATE *v.* KEVIN MURPHY *et al.* The petition for writ of certiorari is denied as moot.

Mr. Justice Doris did not partcipate. *Dennis J. Roberts II,* Attorney General, *Stephen Lichatin III,* Special Assistant Attorney General, Chief, Appellate Division, for petitioner, *John D. Lynch,* for respondents.

M. P. No. 79-465.   LAWRENCE N. CANNONE *v.* STATE. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Edmond A. DiSandro,* for petitioner, *Dennis J. Roberts II,* Attorney General, *Richard B. Woolley,* Special Assistant Attorney General, respondent.

M. P. No. 79-476.   STATE *v.* ALEXANDER AVILA *et al.* The petition for writ of certiorari is granted.

Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *Stephen Lichatin III,* Special Assistant Attorney General, Chief, Appellate Division, for plaintiff-respondent, *McOsker, Isserlis & Davignon, Milton L. Isserlis, Michael Fitzpatrick,* for defendants-petitioners.

M. P. No. 79-503.   THE MARTEG CORPORATION *et al. v.* THE ZONING BOARD OF THE CITY OF WARWICK *et al.* The petition for writ of certiorari and motion for stay are denied.

Mr. Justice Doris did not participate. *Hinckley, Allen, Salisbury & Parsons, Paul V. Curcio,* for plaintiffs-respondents, *Revens & DeLuca, Sandra A. Blanding,* for defendants-petitioners.